

FILED
MAY 29 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ELIZABETH KAPARICH, | CV 20–77–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ETHICON, INC. and JOHNSON & JOHNSON, | |
| Defendant. | |

Plaintiff Elizabeth Kaparich moves for the admission of Dana Lizik to practice before this Court in this case with Ben Sather to act as local counsel. Ms. Lizik's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Dana Lizik *pro hac vice* (Doc. 3) is GRANTED on the condition that Ms. Lizik shall do her own work. This means that Ms. Lizik must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Lizik, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 29th day of May, 2020.

Donald W. Molloy, District Judge
United States District Court